IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ZEBEDEE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23-CV-877 |
| | ) | |
| GREESON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the parties. No objections were filed. For the reasons stated by the Magistrate Judge, the Court adopts the Recommendation and the motion to dismiss will be denied.

It appears that the defendant Crista has not been served with process; the Marshal attempted service by mail and the defendant Crista did not claim the mailing. Doc. 25. As the Marshal appears to have the defendant's last known address, the Court will direct the Marshal to attempt service in person.

It is **ORDERED** that:

1. The defendants' motion to dismiss, Doc. 22, is **DENIED** without prejudice to further consideration on dispositive motions after discovery.

2. The Clerk **SHALL** reissue the summons and the Marshal **SHALL** attempt service of process in person at the address provided in Doc. 18.

3. The Clerk shall redact the service addresses for the Defendant Crista so that the address is not provided to Plaintiff and does not appear on the public docket when the summonses issue and are returned to the Court.

4. Discovery need not await service on defendant Crista. The matter is **REFERRED** to the Magistrate Judge for an initial pretrial scheduling order.

This the 17th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE

2

Case 1:23-cv-00877-CCE-JEP    Document 40    Filed 12/17/24    Page 2 of 2